IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SIMON WILLIAMS, as Guardian Ad Litem
for MALCOM WILLIAMS, an individual,

        Plaintiff,                          No.  03:12-cv-01385-PK

        v.

KOHL'S DEPARTMENT STORES, INC., a        ORDER
business corporation; CINDY ISOM, an
individual; and RYAN MYERS, an
individual

        Defendants.

HERNANDEZ, District Judge:

       Magistrate Judge Papak issued a Findings & Recommendation (#93) on March 31, 2014, in which he recommends the Court grant in part and deny in part Plaintiff's motion for imposition of sanctions, grant in part and deny in part Plaintiff's motion for partial summary judgment, and grant in part and deny in part Defendants' motion for summary judgment.

       Defendants have timely filed objections to the Findings & Recommendation.  The matter

1 - ORDER

is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

When any party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report.  28 U.S.C. § 636(b)(1); Dawson v. Marshall, 561 F.3d 930, 932 (9th Cir. 2009); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

I have carefully considered Defendants' objections and conclude there is no basis to modify the Findings & Recommendation.  I have also reviewed the pertinent portions of the record *de novo* and find no other errors in the Magistrate Judge's Findings & Recommendation.

CONCLUSION

The Court ADOPTS Magistrate Judge Papak's Findings & Recommendation [#93], and therefore, Plaintiff's motion for sanctions [37] is granted in part and denied in part; Plaintiff's motion for partial summary judgment [63] is granted in part and denied in part; and Defendants' motion for summary judgment [71] is granted in part and denied in part.

IT IS SO ORDERED.

DATED this ____5____ day of ___June___, 2014.


_____
MARCO A. HERNANDEZ
United States District Judge

2 - ORDER